No. 610. FIBREBOARD PAPER PRODUCTS CORP. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. Certiorari, 375 U. S. 963, to the United States Court of Appeals for the District of Columbia Circuit. The motion of the respondents to remove this case from the summary calendar is granted. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this motion. *Solicitor General Cox* on the motion.

No. 1415, Misc. PINKERTON *v.* MAXWELL, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.

No. 701. AMERICAN OIL Co. *v.* NEILL ET AL. Appeal from the Supreme Court of Idaho. Probable jurisdiction noted. *Calvin Dworshak* for appellant. *Allan G. Shepard,* Attorney General of Idaho, *Wm. M. Smith,* Assistant Attorney General, and *Faber F. Tway* for appellees. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Stephen J. Pollak, I. Henry Kutz* and *Robert A. Bernstein* for the United States, as *amicus curiae,* in support of appellant.

No. 1041. COMMISSIONER OF INTERNAL REVENUE *v.* BROWN ET AL. C. A. 9th Cir. Certiorari granted. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Wayne G. Barnett* and *Gilbert E. Andrews* for petitioner. *Robert T. Mautz* for respondents. *Arthur A. Armstrong* for West Los Angeles Institute for Cancer Research, as *amicus curiae,* in opposition.